```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>      Plaintiff,<br><br>   -against-<br><br>GLOBAL CIRCULATION, INC.; and KENNETH REDON III, in his individual and corporate capacity,<br><br>      Defendants. | 1:24-mc-513 (MKV)<br><br>**ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

  The parties are directed to file a status letter **on or before May 9, 2025** advising the Court of the status of this action including whether any relief is requested from this Court and whether this miscellaneous case needs to remain open.

**SO ORDERED.**

Date: May 2, 2025
    New York, NY

                     */s/ Mary Kay Vyskocil*
                     **MARY KAY VYSKOCIL**
                     **United States District Judge**