USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

Plaintiff,

-against-

GLOBAL CIRCULATION, INC.; and KENNETH REDON III, in his individual and corporate capacity,

Defendants.

1:24-mc-513 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On May 2, 2025, the Court directed the parties file a status letter on or before May 9, 2025 advising the Court of the status of this action including whether any relief is requested from this Court and whether this miscellaneous case needs to remain open. [ECF No. 7]. No response was filed. Thereafter, the Court issued an Order To Show Cause directing the parties to file a letter on or before June 6, 2025 showing cause why this miscellaneous action should not be terminated and the Court warned that "[i]f no letter is filed on or before June 6, 2025 this miscellaneous action may be terminated." [ECF No. 8]. No letter was filed. Accordingly,

IT IS HEREBY ORDERED that the Clerk of Court is directed to close this action.

**SO ORDERED.**

**Date: June 11, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**